# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Lee Greene, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00638-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Town of Lilesville, NC<br>Kevin R. Mullis<br>Kevin R. Mullis, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2019 Order.

March 21, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court