# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00638-RJC-DSC

| | |
|---|---|
| **MICHAEL LEE GREENE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KEVIN R. MULLIS et. al.,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion for Scheduling Order and Motion for the Appointment of Counsel" (document # 89).

The parties recently participated in a PSAP mediation which resulted in an impasse. See document #88. The Clerk's office has issued a Notice directing the parties to conduct the Initial Attorney's Conference.

Plaintiff cites no applicable authority supporting his request for court appointed counsel in a civil case. Moreover, the Court is not aware of any case law, statute, Federal Rule of Civil Procedure, or Local Rule requiring the appointment of counsel in a civil case such as the one brought by Plaintiff, and no funds have been appropriated for that purpose.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's "Motion for Scheduling Order and Motion for the Appointment of Counsel" (document # 89) is **DENIED**.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff, to defense counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.  Signed: May 9, 2022

David S. Cayer
United States Magistrate Judge