IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00638-RJC-DSC

| | | |
|---|---|---|
| **MICHAEL LEE GREENE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KEVIN R. MULLIS et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on pro se Plaintiff's "… Motion for Subpoena Duces Tecum … [and for] U.S. Marshal … to Effect Service…." (document # 101). For the reasons set forth therein, the Motion will be granted as set forth below.

**IT IS THEREFORE ORDERED that:**

1. Plaintiff's "… Motion for Subpoena Duces Tecum … [and for] U.S. Marshal … to Effect Service…." (document # 101) is **GRANTED**.

2. The Clerk is directed to mail Plaintiff six copies of the form for Subpoenas Duces Tecum (Form AO88B).

3. Plaintiff shall fully complete the Subpoenas and return them to the Clerk.

4. The Clerk shall issue the Subpoenas Duces Tecum.

5. The Clerk shall deliver to the U.S. Marshal a copy of this Order and the Subpoenas issued. The Marshal shall serve the Subpoenas pursuant to the Federal Rules of Civil Procedure.

6. The Clerk is directed to send copies of this Order to the pro se parties, to defense counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 17, 2022

David S. Cayer
United States Magistrate Judge