IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00638-RJC-DSC

| | |
|---|---|
| **MICHAEL LEE GREENE,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) **ORDER** |
| **KEVIN R. MULLIS et. al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Compel" (document #114). Plaintiff seeks to compel pro se Defendant Kevin Mullis to respond completely to Plaintiff's Interrogatories Nos. 1 through 4. Defendant Mullis has not responded to the Motion and the time for filing a response has expired.

For the reasons stated therein, the Motion is **GRANTED** as set forth below.

**NOW THEREFORE IT IS ORDERED that:**

1. Plaintiff's "Motion to Compel" (document #114) is **GRANTED**. Within twenty-one days of this Order, Defendant Mullis shall serve complete responses to Plaintiff's Interrogatories Nos. 1 through 4.

2. The Clerk is directed to send copies of this Order to the pro se parties, to counsel for Defendant Town of Lilesville, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.   Signed: February 7, 2023

David S. Cayer
United States Magistrate Judge