# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00638-RJC-DSC

| | |
|---|---|
| **MICHAEL LEE GREENE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KEVIN R. MULLIS et. al.,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Enforce Subpoena Duces Tecum" (document #115). Plaintiff seeks to compel Anson County District Attorney Reese Saunders to respond to a Subpoena Duces Tecum. Although Saunders responded to the Subpoena through the NCAOC General Counsel's office, he has not responded to this Motion and the time for filing a response has expired.

For the reasons stated therein, the Motion is **GRANTED** as set forth below. It is apparent that responsive documents may include confidential information and/or information within the attorney-client and/or work product privileges. Accordingly, the Court will allow Saunders to submit a proposed protective order and serve a privilege log.

**NOW THEREFORE IT IS ORDERED that:**

1. Plaintiff's "Motion to Enforce Subpoena Duces Tecum" (document #115) is **GRANTED**. Within twenty-one days of this Order, Anson County District Attorney Reese Saunders shall serve complete responses to Plaintiff's Subpoena Duces Tecum. To the extent he wishes to claim attorney-client and/or work product privileges, he may

serve a privilege log. To the extent he contends that responsive information is confidential and protected from public disclosure, he may file a motion for entry of protective order along with a proposed protective order. The motion and proposed order must be submitted within fourteen days of this Order.

2. The Clerk is directed to send copies of this Order to Anson County District Attorney Reese Saunders and to Corrine Lusic, Deputy Legal Counsel, NCAOC Office of General Counsel, P.O. Box 2448, Raleigh, North Carolina 27602.

3. The Clerk is also directed to send copies of this Order to the pro se parties, to counsel for Defendant Town of Lilesville and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 7, 2023

David S. Cayer
United States Magistrate Judge