IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00638-RJC-WCM

| | |
|---|---|
| MICHAEL LEE GREENE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| TOWN OF LILESVILLE, NC; and | ) |
| KEVIN R. MULLIS | ) |
| *in his Individually Capacity*, | ) |
| Defendants. | ) |

This matter is before the undersigned on the Town of Lilesville's Response to Court Order (the "Response," Doc. 148).

On August 15, 2023, the Court directed the Town to file, on or before August 29, 2023, a response that addressed the question of whether sanctions should be considered in connection with Plaintiff's attempts to obtain Mullis' personnel file from the Town. Plaintiff was given to and including September 12, 2023 to file any response to the Town's submission.

The Town's Response and accompanying materials (Docs. 148-2 & 148-3) were timely filed on August 29, 2023. No response has been filed by Plaintiff.

Having reviewed the Response and accompanying materials, and having considered the record as a whole, the undersigned will not, *sua sponte*, impose

1

sanctions, or recommend the imposition of sanctions, against the Town relative to Mullis' personnel file.

Accordingly, the Court's August 15, 2023 show cause Order is **DISCHARGED**.

It is so ordered.

Signed: September 15, 2023

W. Carleton Metcalf
United States Magistrate Judge