# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Lee Greene, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00638-RJC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin R. Mullis | ) | |
| Kevin R. Mullis | | |
| Town of Lilesville, NC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2023 Order.

December 18, 2023

Katherine Hord Simon, Clerk
United States District Court